UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

**OSAMA GOMAA,**                         CASE NO.: 0:24-cv-62328-MD

*Plaintiff,*

**v.**

**CAPITAL ONE, N.A., et al.**

*Defendants,*
_____/

## JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC

Plaintiff, OSAMA GOMAA, and Defendant, EQUIFAX INFORMATION SERVICES LLC, hereby respectfully notify the Court that the parties have agreed to a settlement in principle. As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate sixty (60) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: March 24, 2025

                              *Respectfully submitted,*

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.** | **SQUIRE PATTON BOGGS (US) LLP** |
| 830 North Federal Highway | 200 S. Biscayne Blvd., Suite 3400 |
| Lake Worth, FL 33460 | Miami, FL 33131 |
| Telephone: 561-655-3925 | Telephone: (305) 577-7000 |
| Fax: 844-921-1022 | Facsimile: (305) 577-7001 |
| | |
| */s/ Eiman Sharmin* | */s/ Jason Daniel Joffe* |
| Eiman Sharmin, Esq. | Jason Daniel Joffe, Esq. |
| FBN: 716391 | Florida Bar No. 0013564 |
| Email: eiman@sharminlaw.com | Email: jason.joffe@squirepb.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| | *Equifax Information Services LLC* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 24, 2025, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

/s/ Eiman Sharmin
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com

*Counsel for Plaintiff*