UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

**OSAMA GOMAA,**   CASE NO.: 0:24-cv-62328-MD

*Plaintiff,*

v.

**CAPITAL ONE, N.A., et al.**

*Defendants,*
_____/

**JOINT NOTICE OF SETTLEMENT
AS TO DEFENDANT TRANS UNION, LLC**

Plaintiff, OSAMA GOMAA, and Defendant, TRANS UNION, LLC, hereby respectfully notify the Court that the parties have agreed to a settlement in principle. As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate sixty (60) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: March 24, 2025

*Respectfully submitted*,

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.**<br>830 North Federal Highway<br>Lake Worth, FL 33460<br>Telephone: 561-655-3925<br>Fax: 844-921-1022<br><br>*/s/ Eiman Sharmin*<br>Eiman Sharmin, Esq.<br>FBN: 716391<br>Email: eiman@sharminlaw.com<br><br>*Counsel for Plaintiff* | **BUCHANAN INGERSOLL<br>& ROONEY PC**<br>2 S. Biscayne Blvd., Ste. 1500<br>Miami, Florida 33131<br>Telephone: (305) 347 5900<br>Facsimile: (305) 347 4089<br><br>*/s/ Christian Kohlsaat*<br>Christian Kohlsaat, Esq.<br>Fla. Bar No.: 117795<br>Email: christian.kohlsaat@bipc.com<br><br>*Counsel for Defendant<br>Trans Union, LLC* |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 24, 2025, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

/s/ Eiman Sharmin
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com

*Counsel for Plaintiff*