UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

**OSAMA GOMAA,**                                                                 CASE NO.: 0:24-cv-62328-MD

*Plaintiff,*

v.

**CAPITAL ONE, N.A., et al.**

*Defendants,*
_____/

**JOINT NOTICE OF SETTLEMENT
AS TO DEFENDANT CAPITAL ONE, N.A.**

Plaintiff, OSAMA GOMAA, and Defendant, CAPITAL ONE, N.A., hereby respectfully notify the Court that the parties have agreed to a settlement in principle. As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate sixty (60) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: March 24, 2025

*Respectfully submitted,*

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.** | **BURR & FORMAN LLP** |
| 830 North Federal Highway | 420 N. 20th Street, Suite 3400 |
| Lake Worth, FL 33460 | Birmingham, AL 35203 |
| Telephone: 561-655-3925 | Telephone: 205-251-3000 |
| Fax: 844-921-1022 | Facsimile: 205-413-8701 |
| | |
| */s/ Eiman Sharmin* | */s/ Rachel B. Cash* |
| Eiman Sharmin, Esq. | Rachel B. Cash |
| FBN: 716391 | Florida Bar No.: 114052 |
| Email: eiman@sharminlaw.com | E-mail: rcash@burr.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant Capital One, N.A.* |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 24, 2025, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com

*Counsel for Plaintiff*