UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62328-CIV-DAMIAN

**OSAMA GOMAA**,

    Plaintiff,

v.

**CAPITAL ONE, N.A.**, *et al.*,

    Defendants.
_____/

### ORDER ON JOINT NOTICES OF SETTLEMENT

**THIS CAUSE** came before the Court on the Joint Notice of Settlement as to Defendant Equifax Information Services LLC, filed March 24, 2025 [ECF No. 28], Joint Notice of Settlement as to Defendant Trans Union, LLC, filed March 24, 2025 [ECF No. 29], and Joint Notice of Settlement as to Defendant Capital One, N.A., filed March 24, 2025 [ECF No. 30]. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the parties shall file Stipulations of Dismissal within **sixty (60) days** of the date of this Order. This case is administratively closed and all other deadlines are stayed as to these Defendants only.

All other deadlines and schedules remain in place as to the remaining Defendant(s).

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 26th day of March, 2025.

                                              **MELISSA DAMIAN**
                                              **UNITED STATES DISTRICT JUDGE**