UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

**OSAMA GOMAA,**                                          CASE NO.: 0:24-cv-62328-MD

   *Plaintiff,*

v.

**CAPITAL ONE, N.A., et al.**

   *Defendants,*

_____/

## JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff, OSAMA GOMAA, and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., hereby respectfully notify the Court that the parties have agreed to a settlement in principle. As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate sixty (60) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: April 2, 2025

                              *Respectfully submitted*,

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.** | **JONES DAY** |
| 830 North Federal Highway | 1221 Peachtree Street N.E., Suite 400 |
| Lake Worth, FL 33460 | Atlanta, Georgia 30361 |
| Telephone: 561-655-3925 | Phone: (404) 581-8023 |
| Fax: 844-921-1022 | |
| | */s/ Grant Edward Lavelle Schnell* |
| */s/ Eiman Sharmin* | Grant Edward Lavelle Schnell |
| Eiman Sharmin, Esq. | Florida Bar No. 108109 |
| FBN: 716391 | Email: gschnell@jonesday.com |
| Email: eiman@sharminlaw.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Experian Information Solutions, Inc.* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 2, 2025, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com

*Counsel for Plaintiff*
