UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62328-CIV-DAMIAN

**OSAMA GOMAA**,

    Plaintiff,

v.

**CAPITAL ONE, N.A.**, *et al.*,

    Defendants.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Notice of Settlement as to Defendant Experian Information Solutions, Inc., filed on April 2, 2025 [ECF No. 32 (the "Notice")], indicating that all parties have agreed to settle all issues in this matter.[1] The Court having reviewed the Notice, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal pursuant to Rule 41(a)(1)(A)(ii) within **sixty (60) days** of the date of this Order.[2]

---

[1] The Notice indicates the one *remaining* Defendant, *see* ECF No. 31, has agreed to a settlement in principle, which therefore means that all Defendants have agreed to a settlement in principle. *See also* ECF Nos. 28-30.

[2] Notwithstanding the Court's March 26, 2025 Order on Joint Notices of Settlement [ECF No. 31], the parties may collectively file a single stipulation of dismissal within sixty days of the date of this Order (meaning that the deadline previously given per ECF No. 31 is extended by this Order).

2.  If the parties fail to complete the expected settlement, any party may request the Court to reopen the case.

3.  The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**. All pending deadlines are **STAYED**.

Failure to timely file the notice of voluntary dismissal or stipulation of dismissal or seek an extension of time within which to do so may result in dismissal of this case without further notice.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 3rd day of April, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**